## First Department, December Term, 1892.

William F. Lawrence and another, Plaintiffs, v. Frederick L. Pease, Defendant — Order of May 28, 1892, affirmed, with ten dollars costs and disbursements. Order of 25th of June, 1892, affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

John McDonough, Appellant, v Peter H. Walsh, Respondent — Exceptions overruled and judgment for defendant upon the nonsuit, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. Frank Hasbrouck v. The Board of Supervisors of the County of Dutchess, sitting as a Board of Canvassers of the votes cast.—Motion denied, with ten dollars costs. Barnard, P. J., not sitting.

Mattie Lydecker, Plaintiff, v. Samuel Gilchrist, Defendant—Motion granted, with ten dollars costs to respondent to abide event. Opinion by Dykman, J.

James B. Wright, Plaintiff, v. Gillanine A. Rensens, defendant.—Motion denied.

James B. Wright, Plaintiff, v. Gillanine A. Rensens, Defendant. — Judgment reversed, with ten dollars costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The Mission of the Immaculate Virgin, etc., Respondent, v. Michael Cronin, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Cullen, J., dissenting.

Annie J. Parshell, Administratrix, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

James Stott, Plaintiff, v. The New York, Lake Erie and Western Railroad Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Matter of Settlement of Accounts of Sara N. Worthington, Executrix of Henry R. Worthington, Deceased. — Motion denied, without costs.

## First Department, December Term, 1892.

Jane R. Griffing, Respondent, v. William E. Diller and another, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Opinions by Van Brunt, P. J., and Lawrence, J.

Cornelius N. Bliss and others, Respondents, v. Daniel E. Sickles, Sheriff, etc., Appellant. — Judgment affirmed, with costs and disbursements. Opinion by O'Brien, J.

Ernest de Bavier and others, Respondents, v. Hugo Funke, Appellant.—Judgment and order affirmed, with costs and disbursements. Opinion by Lawrence, J.

The Metropolitan Savings Bank, Respondent, v. The New York Elevated Railway Company and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Emilie Riendeau, Respondent, v. Henry A. Vieu, as Executor, etc., Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Amelia White, Respondent, v. Antonio Rasines and others, Respondents.—Judgment affirmed, with costs. Opinion by O'Brien, J.

The Roosevelt Hospital, Respondent, v. The New York Elevated Railroad Company and others, Appellants. — Judgment affirmed, with costs. Opinion by O'Brien, J.

In the Matter of the Orient Mutual Insurance Company. — Order modified as directed in opinion, and, as modified, affirmed, with costs of this appeal. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. The New York City Central Underground Railway Company and others, Appellants. — Judgment reversed, with leave to defendants to answer upon payment of the costs of the court below and of this appeal. Opinion by Van Brunt, P. J.

The Roosevelt Hospital, Respondent, v. The New York Elevated Railroad Company and others, Appellants. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Martin R. Cook and others, Respondents, v. George Berrott and another, Appellants. — Judgment affirmed, with costs. Opinion by O'Brien, J.

John Nelson, Appellant, v. Laura Nelson and others, Respondents. — Order affirmed, with costs. Opinion by O'Brien, J.

Adolfo Hegewisch, as Receiver, etc., Respondent, v. John S. Silver, Appellant — Order reversed. with costs. Opinion by Van Brunt, P. J.

Angel K. Jorgensen, Respondent, v. Flavius S. Squire and others, Appellants. — Exceptions sustained and new trial ordered, with costs to the defendant to abide the event. Opinion by Van Brunt, P. J.

Robert Ernst, Appellant, v. Darius G. Crosby, Respondent. — Judgment affirmed, with costs. Opinion by Barrett, J.; dissenting opinion by Van Brunt, P. J.

Pittsfield National Bank, Respondent, v. William H Bayne and others, Appellants. — Order reversed, with ten dollars costs and disbursements, payable by the plaintiff, but not by the receiver; and motion to punish for contempt denied, with ten dollars costs. Opinions by Barrett, J , and Van Brunt, P. J.

Herman Gernau, as Administrator, etc., Respondent, v. The Oceanic Steam Navigation Company, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Van Brunt, P. J.

Catherine O'Callaghan, Respondent, v. John J. Barrett and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Leon Blum and others, Appellants, v. Herman Munzesheimer, Respondent.—Judgment and order reversed and a new trial granted, with costs to the appellants to abide the event. Opinions by Barrett and O'Brien, JJ.; dissenting opinion by Van Brunt, P. J.

The City of Philadelphia, Respondent, v. Postal Telegraph Cable Company and others, Appellants. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Christopher Lochman, Appellant, v. Ellen Meehan, Respondent. — Judgment affirmed, with costs. Opinion by Barrett, J.

Mary Montieth, as Administratrix, etc., Respondent, v. John Finkbeiner, Appellant.—Judgment affirmed, with costs. Opinion by O'Brien, J.

John E. Blackman, Appellant, v. Ellsworth L. Striker and others, Respondents. — Exceptions overruled and judgment ordered for defendants, with costs. Opinion by Van Brunt, P. J.

Erwin Strickland, Respondent, v. Richard L. Leggett, Appellant. — Judgment and order affirmed, with costs. Opinion by Barrett, J.

Charles H. Hyde, as Administrator, etc., Appellant, v. George H. Kitchen and others, as Executors, etc., Respondents. — Order modified as directed in opinion, and, as modified, affirmed, without costs of this appeal to either party. Opinions by Barrett, J., and Van Brunt, P. J.